UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| UNITED STATES |
|---|
| vs. |
| LIN LI |

02 Cr. 271 ( DC )
03 Cr. 567 (DC)

Order

To: U.S. Marshals Office

**It is hereby ordered :**

That the Defendant, LIN LI , Reg # 57374-054   DC

having been sentenced in the above case to a term of Time Served, (plus 14 days) The U.S. Marshals are to

release the defendant, unless any pending warrants, detainers or other issues are encountered.

(in 14 days) DC

_____
United States District Judge
Crotty

11-4-2019
Date